Gregory HARRIS, Appellant

v.

Robert N. SCOLA, Judge,
et al., Appellees.

No. 16-7023

September Term, 2015

United States Court of Appeals,
District of Columbia Circuit.

Filed: 07/28/2016

Rehearing En Banc Denied
September 26, 2016

Gregory Harris, Carrabelle, FL, Pro Se.

BEFORE: Griffith, Srinivasan, and Millett, Circuit Judges

## JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order entered January 15, 2016 be affirmed. The district court properly dismissed without prejudice appellant's complaint for failure to comply with Fed. R. Civ. P. 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief," in order to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127

S.Ct. 1955, 167 L.Ed.2d 929 (2007) (internal quotation marks omitted); see also Ciralsky v. CIA, 355 F.3d 661, 668–71 (D.C.Cir.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.